## WILLIE MOORE V. THE STATE.

No. 22605. Delivered November 3, 1943.

The opinion states the case.

*W. M. Zachry,* of Waco, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

DAVIDSON, Judge.

For the offense of murder, the appellant was assessed two years in the State penitentiary.

No statement of facts accompanies the record. In the absence thereof, the exceptions to the charge cannot be appraised.

No error appearing, the judgment is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.